UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A., et al.<br><br>Defendants. | Case No. 1:19-cv-00442-EPG<br><br>ORDER DIRECTING UNITED STATES MARSHALS SERVICE TO MAKE FURTHER ATTEMPTS TO SERVE WITHOUT PREPAYMENT OF COSTS |

The Court previously found service of the complaint to be appropriate (ECF No. 6) and directed the United States Marshals Service to serve defendants, including defendant Stephen Shellans, Jr. (ECF No. 8). On July 30, 2019, the summons was returned unexecuted as to defendant Stephen Shellans, Jr. (ECF No. 9.)

As the Deputy United States Marshal ("DUSM") who attempted service explained, the Human Resources department of the hospital where Shellans works declined to accept process on behalf of Shellans, and a security guard at the hospital would not let the DUSM enter the premises to serve process on Shellans and would not accept process on behalf of Shellans. The DUSM thus left his card and process on the security guard's desk and left the premises. (ECF No. 9.)

The Court will direct the United States Marshals Service to make further attempts to serve defendant Stephen Shellans, Jr.

1

The Court notes that under Rule 4(e), "an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served" by either

(1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
(2) doing any of the following:
- (A) delivering a copy of the summons and of the complaint to the individual personally;
- (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
- (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e)(1), (2).

The permissible methods of service of a summons and complaint under California law are set forth in California Civil Procedure Code § 413.10 et seq. These methods of service include (1) by personal delivery of a copy of the summons and complaint to the person to be served, as specified in Cal. Civ. P. Code § 415.10;[1] (2) by leaving copy of the summons and complaint at the office, dwelling house, usual place of abode or business, or usual mailing address using the procedures and under the conditions set forth in Cal. Civ. Proc. Code § 415.20;[2] or (3) by mail using the procedures and under the conditions set forth in Cal. Civ.

---

[1] Section 415.10 provides: "A summons may be served by personal delivery of a copy of the summons and of the complaint to the person to be served. Service of a summons in this manner is deemed complete at the time of such delivery." Cal. Civ. Proc. Code § 415.10.

[2] Section 415.20 provides:

(a) In lieu of personal delivery of a copy of the summons and complaint to the person to be served as specified in Section 416.10, 416.20, 416.30, 416.40, or 416.50, a summons may be served by leaving a copy of the summons and complaint during usual office hours in his or her office or, if no physical address is known, at his or her usual mailing address, other than a United States Postal Service post office box, with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. When service is effected by leaving a copy of the summons and complaint at a mailing address, it shall be left with a person at least 18 years of age, who shall be informed of the contents thereof. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

(b) If a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served, as specified in Section 416.60, 416.70, 416.80, or 416.90, a summons may be served by leaving a copy of the summons and complaint at the person's dwelling house, usual place of

Proc. Code § 415.30.

    IT IS ORDERED that the United States Marshals Service is directed to make further attempts to serve defendant Stephen Shellans, Jr., pursuant to the Order Directing Service by the United States Marshals Services without Prepayment of Costs (ECF No. 8), and Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Dated: **August 9, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

---

abode, usual place of business, or usual mailing address other than a United States Postal Service post office box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a United States Postal Service post office box, at least 18 years of age, who shall be informed of the contents thereof, and by thereafter mailing a copy of the summons and of the complaint by first-class mail, postage prepaid to the person to be served at the place where a copy of the summons and complaint were left. Service of a summons in this manner is deemed complete on the 10th day after the mailing.

(c) Notwithstanding subdivision (b), if the only address reasonably known for the person to be served is a private mailbox obtained through a commercial mail receiving agency, service of process may be effected on the first delivery attempt by leaving a copy of the summons and complaint with the commercial mail receiving agency in the manner described in subdivision (d) of Section 17538.5 of the Business and Professions Code.

Cal. Civ. Proc. Code § 415.20.

3