# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A, *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00442-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANT STEPHEN SHELLANS, JR., WITH PREJUDICE<br><br>(ECF No. 23) |

Plaintiff, Ramon Daniel Villalobos, and Defendants, Armenta Tiggs-Brown and Stephen Shellans, Jr., have filed a stipulation to dismiss Defendant Stephen Shellans, Jr., M.D., with prejudice (ECF No. 23). In light of the stipulation, the case against Defendant Stephan Shellans has ended and the case is dismissed with prejudice only as to Defendant Stephan Shellans. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is directed to designate the motion to dismiss (ECF No. 23) as terminated.

IT IS SO ORDERED.

Dated: **November 5, 2019**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE