IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RAMON VILLALOBOS,**<br><br>                    Plaintiff,<br><br>     **v.**<br><br>**ARMENTA TIGGS-BROWN, P.A., in her individual capacity,**<br><br>                    Defendant. | Case No. 1:19-cv-00442-DAD-EPG<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(ECF No. 38) |

Pursuant to the parties' stipulation to modify (ECF No. 38), and good cause appearing,

IT IS ORDERED:

1. The Scheduling Conference Order (ECF No. 35) is modified as follows:

| Event | Original deadline/date | New deadline/date |
|---|---|---|
| Nonexpert Discovery Deadline | July 2, 2020 | October 30, 2020 |
| Dispositive Motion Filing Deadline | September 4, 2020 | January 15, 2021 |
| Expert Disclosure Deadline | May 7, 2021 | May 7, 2021 |
| Rebuttal Expert disclosure | June 11, 2021 | June 11, 2021 |
| Expert Discovery Cutoff | July 9, 2021 | July 9, 2021 |
| Telephonic Trial Confirmation Hearing | July 26, 2021 | November 15, 2021, 1:30 p.m. Courtroom 5 (DAD) |
| Jury Trial | September 28, 2021 | January 25, 2022, 8:30 a.m. Courtroom 5 (DAD) |

    2. All other terms and conditions of the Scheduling Conference Order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **May 27, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order (1:19-cv-00442-EPG)