UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A.,<br><br>Defendant. | Case No. 1:19-cv-00442-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO STAY THE CASE<br><br>(ECF No. 53) |

Plaintiff Ramon Daniel Villalobos ("Plaintiff") is proceeding *in forma pauperis* through counsel in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendant Armenta Tiggs-Brown, P.A. ("Defendant") filed a motion for summary judgment on January 15, 2021, which Plaintiff opposed. (*See* ECF Nos. 42, 46, 48.) On April 15, 2021, the Court entered findings and recommendations recommending that Defendant's motion for summary judgment be granted. (ECF No. 50.) Plaintiff filed objections on May 6, 2021, and Defendant filed a response to the objections on May 13, 2021. (ECF Nos. 51, 53.) Defendant's response requests that the Court stay all further proceedings until after the district judge assigned to the case has issued an order adopting or rejecting the Court's findings and recommendations. (ECF No. 53 at 6-7.)

In light of the pending findings and recommendations, Plaintiff's objections, and Defendant's response, the Court will grant Defendant's request.

1

Accordingly, IT IS HEREBY ORDERED that all further proceedings in this case are stayed until the District Judge issues an order on the Court's findings and recommendations entered on April 15, 2021 (ECF No. 50). All remaining deadlines set forth in the Scheduling Order (ECF No. 35), as amended (ECF No. 39), including deadlines for rebuttal expert disclosure, expert discovery cutoff, the Telephonic Trial Confirmation Hearing, and Trial are vacated to be reset by the Court if necessary.

IT IS SO ORDERED.

Dated: **May 14, 2021**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE