UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A.,<br><br>Defendant. | No. 1:19-cv-00442-DAD-EPG<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS AND REFERRING THE PENDING MOTION FOR SUMMARY JUDGMENT BACK TO THE MAGISTRATE JUDGE<br><br>(Doc. No. 50) |

      Plaintiff Ramon Daniel Villalobos is proceeding *in forma pauperis* and with counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 15, 2021, defendant filed a motion for summary judgment.  (Doc. No. 42.)  On April 15, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment (Doc. No. 42) be granted.  (Doc. No. 50.)  On May 6, 2021, plaintiff's counsel filed objections to the pending findings and recommendations, arguing that the time for expert discovery was still open under the scheduling order issued in this case, that expert discovery had not yet been conducted, that defendant's motion for summary judgment was premature, and that plaintiff's counsel believed that once such discovery was conducted, a genuine issue of disputed fact would be established with respect to

the issue of "causation" presented by his claims.  (Doc. No. 51 at 3.)  The expert disclosure deadline in this matter was May 7, 2021.  (Doc. No. 39.)  Plaintiff disclosed his proposed expert witness on May 6, 2021.  (Doc. No. 51-3 at 2.)  In light of plaintiff's pending objections to the findings and recommendation, on June 4, 2021, the undersigned issued a minute order directing plaintiff to supplement his opposition to defendant's motion for summary judgment with any expert testimony by July 23, 2021.  (Doc. No. 55.)  On July 23, 2021, plaintiff filed supplemental briefing, and on August 5, 2021, defendant filed a response thereto.  (Doc. Nos. 56, 58.)  That supplemental briefing contains, among other things, testimony taken from plaintiff's expert at a deposition conducted on July 12, 2021, which both parties attended and participated in.  (Doc. No. 58 at 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the undersigned declines to adopt the pending findings and recommendations, without evaluating or reaching any determination as to the analysis therein, at this time.  Instead, out of an abundance of caution, the pending motion for summary judgment will be referred back to the magistrate judge for further consideration in light of the supplemental briefing submitted by the parties for reissuance of findings and recommendations in light of the arguments and evidence presented in response to June 4, 2021 minute order.

Accordingly,

1. The court declines to adopt the findings and recommendations issued on April 15, 2021 (Doc. No. 50);
2. The motion for summary judgment (Doc. No. 42) is referred back to the magistrate judge for the issuance of findings and recommendations in light of the supplemental briefing submitted by the parties; and
3. This matter is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:  **October 15, 2021**

UNITED STATES DISTRICT JUDGE

2