UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON VILLALOBOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMENTA TIGGS-BROWN, P.A., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv00442-DAD-EPG (PC)<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS ON SUMMARY JUDGMENT AND RESPONSE THERETO<br><br>(ECF No. 64) |

Pursuant to the parties' stipulation (ECF No. 64), IT IS HEREBY ORDERED that the deadline to file objections to the Court's December 20, 2021 findings and recommendations (ECF No. 63) regarding Defendant Armenta Tiggs-Brown, P.A.'s motion for summary judgment (ECF No. 42) is extended to January 24, 2022. Responses to any objections shall be filed by February 14, 2022.

IT IS SO ORDERED.

　　Dated: **January 7, 2022**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1