UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A.,<br><br>Defendant. | No.  1:19-cv-00442-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOOMENDATIONS<br><br>(Doc. Nos. 42, 63) |

Plaintiff Ramon Daniel Villalobos is proceeding *in forma pauperis* and with counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2021, the assigned magistrate judge issued findings and recommendations, recommending that defendant Armenta Tiggs-Brown, P.A.'s motion for summary judgment be denied as to plaintiff's claim for deliberate indifference in violation of the Eighth Amendment and that plaintiff's request to dismiss his claims against defendant for retaliation in violation of the First Amendment be granted.  (Doc. No. 63.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service, and any replies to the objections were to be filed within fourteen (14) days after service of the objections.  (*Id.* at 21–22.)  On January 6,

2022, the parties filed a stipulation requesting an extension of time to file objections, which was granted. (Doc. Nos. 64, 65.) On January 24, 2022, defendant filed objections to the findings and recommendations. (Doc. No. 66.) On February 14, 2022, plaintiff filed a response to defendant's objections. (Doc. No. 67.) After reviewing defendant's objections and plaintiff's response, the court concludes that the findings and recommendations fully and correctly addressed defendant's arguments.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including defendant's objections and plaintiff's response, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 14, 2022 (Doc. No. 63) are adopted in full;

2. Defendant's motion for summary judgment (Doc. No. 42) is denied as to plaintiff's claim for deliberate indifference in violation of the Eighth Amendment;

3. Plaintiff's request to dismiss his claims against defendant for retaliation in violation of the First Amendment is granted; and

4. This case is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

UNITED STATES DISTRICT JUDGE