UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS, | Case No. 1:19-cv-00442-DAD-EPG (PC) |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | |
| ARMENTA TIGGS-BROWN, P.A., | |
| Defendant. | |

Ramon Daniel Villalobos ("Plaintiff") is proceeding *in forma pauperis* through counsel in this civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on June 30, 2022 at 10:00 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on June 30, 2022 at 10:00 a.m. The settlement conference will be conducted

by remote means, with all parties appearing by Zoom video conference.[1]

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the RJ Donovan Correctional Facility via facsimile at (619) 671-7566 or via email.

IT IS SO ORDERED.

Dated:  **May 2, 2022**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may issue an order at a later date requiring the parties to appear in person.