UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A.,<br><br>Defendant. | Case No. 1:19-cv-00442-DAD-EPG<br><br>ORDER DIRECTING PAYMENT OF PLAINTIFF'S ATTORNEY COSTS UNDER CALIFORNIA PENAL CODE SECTION 2085.8(a) |

The undersigned held a settlement conference on June 30, 2022, during which the parties resolved all matters. (Doc. No. 74). As further stipulated by the parties during the settlement conference, Plaintiff's attorney is entitled to costs totaling $3000.00 under Cal. Penal Code Ann. § 2085.8(a), which provides, in pertinent part:

> Compensatory or punitive damages awarded by trial or settlement to any inmate . . . in connection with a civil action brought against a federal, state, or local jail, prison, or correctional facility, or any official or agent thereof, *shall be paid directly, after payment of reasonable attorney's fees and litigation costs approved by the court*, to satisfy any outstanding restitution orders or restitution fines against that person. The balance of the award shall be forwarded to the payee after full payment of all outstanding restitution orders and restitution fines, subject to subdivision (c).

*Id*. (emphasis added).

////

Accordingly, it is **ORDERED**:

The Court approves and directs Plaintiff's attorney, Benjamin Meir Rudin, be paid costs totaling $3,000.00 under Cal. Penal Code Ann. § 2085.8(a) from the settlement.

Dated:  July 5, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE