UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DANIEL VILLALOBOS,<br><br>Plaintiff,<br><br>v.<br><br>ARMENTA TIGGS-BROWN, P.A.,<br><br>Defendant. | Case No. 1:19-cv-00442-DAD-EPG (PC)<br><br>ORDER RE: JOINT STIPULATION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 78) |

On August 8, 2022, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 78). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement. (*See* ECF No. 74).

IT IS SO ORDERED.

Dated: **August 9, 2022**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE